NO. 07-04-0323-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 18, 2004

_____

KAREN G. WETTERMAN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2004-404800; HONORABLE CECIL G. PURYEAR, JUDGE

_____

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Appellant Karen G. Wetterman filed a Motion to Dismiss Appeal on October 13, 2004, averring that she no longer wishes to prosecute her appeal. The Motion to Dismiss is signed by appellant and her attorney.

Without passing on the merits of the case, appellant's motion for voluntary dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. Having dismissed

the appeal at appellant's personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Phil Johnson
Chief Justice


Do not publish.